UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK,<br><br>                Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00561-APG-NJK<br><br>ORDER<br><br>(Docket No. 10) |

Pending before the Court is the parties' joint proposed discovery plan and scheduling order. Docket No. 10. The joint proposed discovery plan does not include the required statement that the parties have met and conferred about the possibility of using alternative dispute-resolution processes, pursuant to Local Rule 26-1(b)(7). The joint proposed discovery plan also does not include the required statement that the parties have considered consent to trial by a magistrate judge, pursuant to Local Rule 26-1(b)(8).

Accordingly, the Court **DENIES** without prejudice the parties' joint proposed discovery plan and scheduling order. Docket No. 10. A renewed joint proposed discovery plan and scheduling order shall be filed no later than May 23, 2018.

IT IS SO ORDERED.

Dated: May 21, 2018

                                                                             NANCY J. KOPPE<br>
                                                                             United States Magistrate Judge