ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Rikki.hevrin@knchlaw.com*
Attorneys for Defendants,
OHIO SECURITY INSURANCE COMPANY and
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK, individually, | CASE NO.: 2:18-cv-00561-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR SIXTY (60) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER** |
| vs. | |
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

**COMES NOW**, Defendants, OHIO SECURITY INSURANCE COMPANY (hereinafter "OHIO SECURITY") and LIBERTY MUTUAL INSURANCE COMPANY (hereinafter "LIBERTY MUTUAL"), by and through their counsel of record, Andrew C. Green, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, BRETT PRIMACK, by through his counsel of record, Eric Blank, Esq., of LAW OFFICES OF ERIC R. BLANK, P.C., and hereby stipulate to extend the time for discovery by sixty (60) days.

**A.    Statement of Completed Discovery.**

The parties have served their disclosures pursuant to Fed.R.Civ.Proc. 26 and LR 26-1. Plaintiff's deposition is scheduled on September 7, 2018. Defendants served their written discovery upon Plaintiff on May 29, 2018. Plaintiff served his responses to Defendants'

written discovery on June 27, 2018. On June 1, 2018, Plaintiff served his First Set of Interrogatories and First Requests for Production to LIBERTY MUTUAL. LIBERTY MUTUAL served its responses on July 2, 2018. Plaintiff served his Second Set of Interrogatories and Second Requests for Production on LIBERTY MUTUAL and his First Set of Interrogatories and Requests for Production on Defendant, OHIO SECURITY on July 19, 2018. By agreement, responses are due on August 31, 2018 for Plaintiff's Second Set of Interrogatories and Second Requests for Production to LIBERTY MUTUAL and First Set of Interrogatories and Requests for Production to OHIO SECURITY.

**B.    Statement of Discovery that Remains to be Completed.**

The depositions of Plaintiff's care providers are presently scheduled pursuant to coordinated subpoenas as follows:

Michael Prater, M.D.:  August 22, 2018

Andrew Cash, M.D.:  August 23, 2018

Ravi Ramanathan, M.D.:  August 24, 2018

Derek T. Day, D.C.:  September 14, 2018

Deposition of Plaintiff's designated expert witness, Jeffrey Gross, M.D., was previously scheduled for September 25, 2018, but Dr. Gross is unable to appear on that date, and will not be available again until no earlier than October 10, 2018. The parties are also planning dates of availability for depositions of Defendant representatives Kortney Peschl and James Carraway, as well as entity representative witnesses regarding claims handling, claims practices, and training.  A deposition of Plaintiff's other designated expert, Scott A. Glogovac is also anticipated.

**C.    Statement Supporting the Necessity of an Extension of all Dates within the Scheduling Order.**

Extension of the discovery period is appropriate and needed to reasonably accommodate the scheduled deposition of Plaintiff's medical expert witness, Dr. Gross. The opinions by Dr. Gross pertain to causation of injuries and recommendations for past and future care and associated expenses. Testimony by Dr. Gross is anticipated to be potentially

impactful, and additional time is necessary to permit both his deposition and an opportunity for analysis and consideration of his testimony.

Additional time will also permit the parties to evaluate and respond to testimony by other witnesses, and consideration of same will also assist to potentially further narrow the matters at issue for this litigation.

Also, the availability of Kortney Peschl, James Carraway, and the entity representative witnesses is currently beyond the current October 1, 2018, discovery cut-off. Plaintiff anticipates these witnesses are crucial to discuss the actions of Defendants related to the claim and for Defendants' handling of underinsured motorists claims in general.

### D. Proposed Schedule.

With a sixty (60) day discovery extension of the total time for discovery, the new discovery cut-off date will be **November 30, 2018**. All parties anticipate timely completion of discovery at that time. The rest of the original schedule for discovery will remain the same as set forth in LR 26-1, and resulting changes to the remaining scheduling order will result in the following:

- Amending the Pleadings and Adding Parties: Expired on **July 3, 2018**.
- Fed. R. Civ. Proc. 26(a)(2) Disclosures (Experts): The disclosure of experts and expert reports expired on **August 2, 2018**. The disclosure of rebuttal experts and their reports shall occur on **September 4, 2018**, which is thirty (30) days before the proposed discovery cut-off date.
- Dispositive Motions: Dispositive motions will be made no later than **December 31, 2018**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR26-1(e)(4) presumptively sets for filing dispositive motions.
- Pretrial Order: The Joint Pretrial Order shall be filed by **January 30, 2019** ~~2018~~, which is no later than thirty (30) days after the date set for the filing of dispositive motions.

///

///

- Interim Status Report: The parties filed the interim status report required by LR 26-3 on **August 2, 2018.**

DATED this 22nd day of August, 2018.   DATED this 22nd day of August, 2018.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

LAW OFFICES OF ERIC R. BLANK, P.C.

By:  */s/Andrew C. Green*
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    RIKKI J. HEVRIN, ESQ.
    Nevada Bar No. 13738
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys Defendants,
    OHIO SECURITY INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY

By:  */s/ Eric R. Blank*
    ERIC R. BLANK, ESQ.
    Nevada Bar No. 6910
    7860 W. Sahara Avenue, Suite 110
    Las Vegas, NV 89117
    Attorneys for Plaintiff,
    BRETT PRIMACK

**ORDER**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 23, 2018

Respectfully submitted by,

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By  */s/Andrew C. Green*
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    RIKKI J. HEVRIN, ESQ.
    Nevada Bar No. 13738
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys Defendants,
    OHIO SECURITY INSURANCE COMPANY and LIBERTY MUTUAL INSURANCE COMPANY