# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK, individually, | Case No.: 2:18-cv-561-APG-NJK |
| Petitioner, | **ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |
| v. | |
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | [ECF Nos. 35, 36, 37, 38, 39] |
| Respondents. | |

Defendants filed five motions for partial summary judgment. ECF Nos. 35-39. Cumulatively, those motions exceed the court's 30 page limit for motions for summary judgment. LR 7-3(a). A party cannot circumvent the court's page limit rules by filing multiple motions. Therefore, the motions **(ECF Nos. 35-39) are denied without prejudice**.

Dated: February 14, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE