# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRETT R. PRIMACK,

     Plaintiff

v.

OHIO SECURITY INSURANCE
COMPANY,

     Defendant

Case No.: 2:18-cv-00561-APG-NJK

**Order**

The proposed joint pretrial order on plaintiff Brett Primack's remaining breach of contract claim is overdue.

I THEREFORE ORDER the parties to file a proposed joint pretrial order by November 6, 2020.  Failure to comply may result in the remaining claim being dismissed with prejudice.

DATED this 15th day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE