ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON
    & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:  (702) 853-5599
Andrew.green@knchlaw.com
Rikki.hevrin@knchlaw.com
Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK, individually, | ) **CASE NO.:  2:18-cv-00561-APG-NJK** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **EXTEND TIME FOR JOINT** |
| vs. | ) **PRETRIAL ORDER** |
| | ) |
| OHIO SECURITY INSURANCE COMPANY, | ) **(First Request)** |
| a foreign corporation; and DOES I-X, | ) |
| inclusive, and ROE CORPORATIONS I-X, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

**COMES NOW**, Defendant, OHIO SECURITY INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, BRETT PRIMACK, (hereinafter "Plaintiff"), by and through his counsel of record, Eric R. Blank, Esq. of LAW OFFICES OF ERIC R. BLANK, P.C., hereby stipulate and request that the time to submit the

///

///

///

///

///

///

///

609321

1  Joint Pretrial Order be extended by fourteen (14) days and will now be due on December 22,

2  2020. The request for extension is due to newly arisen staffing issues due to absences

3  associated with precautions for COVID-19.

4  DATED this 8th day of December, 2020.        DATED this 8th day of December, 2020.

5  KOELLER, NEBEKER, CARLSON        LAW OFFICES OF ERIC R. BLANK, P.C.
     & HALUCK, LLP
6

7  By:___/s/Andrew C. Green_____        By:___/s/Eric R. Blank_____
       ANDREW C. GREEN, ESQ.                  ERIC R. BLANK, ESQ.
8      Nevada Bar No. 9399                    Nevada Bar No. 6910
       RIKKI J. HEVRIN, ESQ.                  7860 W. Sahara Avenue, Suite 110
9      Nevada Bar No. 13738                   Las Vegas, NV 89117
       400 S. 4th Street, Suite 600           Attorneys for Plaintiff,
10     Las Vegas, NV 89101                    BRETT PRIMACK
       Attorneys Defendant,
11     OHIO SECURITY INSURANCE
       COMPANY
12
                              **ORDER**
13
          **IT IS HEREBY ORDERED**.
14
          DATED this __9th__ day of December, 2020.
15

16        _____
             DISTRICT COURT JUDGE
17

18  Respectfully Submitted By:

19  KOELLER, NEBEKER, CARLSON
      & HALUCK, LLP
20
    By:___/s/Andrew C. Green_____
21      ANDREW C. GREEN, ESQ.
        Nevada Bar No. 9399
22      RIKKI J. HEVRIN, ESQ.
        Nevada Bar No. 13738
23      400 S. 4th Street, Suite 600
        Las Vegas, NV 89101
24      Attorneys for Defendant,
        OHIO SECURITY INSURANCE COMPANY
25

26

27

28

609321