ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON
 & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
Andrew.green@knchlaw.com
Rikki.hevrin@knchlaw.com
Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK, individually, | CASE NO.: 2:18-cv-00561-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR JOINT PRETRIAL ORDER** |
| vs. | |
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(Second Request)** |
| Defendants. | |

**COMES NOW**, Defendant, OHIO SECURITY INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, BRETT PRIMACK, (hereinafter "Plaintiff"), by and through his counsel of record, Eric R. Blank, Esq. of LAW OFFICES OF ERIC R. BLANK, P.C., hereby stipulate and request that the time to submit the

///
///
///
///
///
///
///

Joint Pretrial Order be extended by twenty-one (21) days and will now be due on January 12, 2021. The request for extension is due to absences associated with precautions for COVID-19. Specifically, the main paralegal working with Plaintiff's counsel on this case has been hospitalized with COVID-19 related issues and has been unable to work since December 4, 2020. The parties hope and anticipate that this additional time would allow for the staffing issues related to handling this case to resolve so that this Joint Pretrial Order can be completed per the Court's Order.

DATED this 22nd day of December, 2020.

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By: /s/ Andrew Green
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys Defendant,
OHIO SECURITY INSURANCE COMPANY

DATED this 22nd day of December, 2020.

LAW OFFICES OF ERIC R. BLANK, P.C.

By: /s/ Eric R. Blank
ERIC R. BLANK, ESQ.
Nevada Bar No. 6910
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
Attorneys for Plaintiff,
BRETT PRIMACK

**ORDER**

**IT IS HEREBY ORDERED**.

DATED this  28th  day of December, 2020.

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By:_____
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY