ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON
   & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:  (702) 853-5599
Andrew.green@knchlaw.com
Rikki.hevrin@knchlaw.com
Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRETT PRIMACK, individually, | CASE NO.:  2:18-cv-00561-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR JOINT PRETRIAL ORDER** |
| vs. | |
| OHIO SECURITY INSURANCE COMPANY, a foreign corporation; and DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | **(Third Request)** |
| Defendants. | |

    **COMES NOW**, Defendant, OHIO SECURITY INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, BRETT PRIMACK, (hereinafter "Plaintiff"), by and through his counsel of record, Eric R. Blank, Esq. of LAW OFFICES OF ERIC R. BLANK, P.C., hereby stipulate and request that the time to submit the Joint Pretrial Order be extended by seven (7) days and will now be due on January 19, 2021. The request for extension is due to absences associated with precautions for COVID-19. Specifically, the main paralegal working with Plaintiff's counsel on this case had been hospitalized and underwent a surgical procedure due to COVID-19 related issues. She has been able to come back to work, remotely and as her health permits, as of January 4, 2021, but continues to deal with the backlog of several matters which has been complicated by her ongoing recovery. The parties have discussed the issues within the Joint Pretrial Order with

the hope and anticipation that this additional time would allow for the staffing issues related to handling this case to resolve so that this Joint Pretrial Order can be completed per the Court's Order.

DATED this 12th day of January, 2021.   DATED this 12th day of January, 2021.

KOELLER, NEBEKER, CARLSON   LAW OFFICES OF ERIC R. BLANK, P.C.
& HALUCK, LLP

By:   /s/Andrew C. Green_____   By:   /s/Eric R. Blank_____
    ANDREW C. GREEN, ESQ.       ERIC R. BLANK, ESQ.
    Nevada Bar No. 9399       Nevada Bar No. 6910
    RIKKI J. HEVRIN, ESQ.       7860 W. Sahara Avenue, Suite 110
    Nevada Bar No. 13738       Las Vegas, NV 89117
    400 S. 4th Street, Suite 600       Attorneys for Plaintiff,
    Las Vegas, NV 89101       BRETT PRIMACK
    Attorneys Defendant,
    OHIO SECURITY INSURANCE
    COMPANY

**ORDER**

**IT IS HEREBY ORDERED**.

DATED this   13th   day of January, 2021.

_____
DISTRICT COURT JUDGE

Respectfully Submitted By:

KOELLER, NEBEKER, CARLSON
& HALUCK, LLP

By:   /s/Andrew C. Green_____
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    RIKKI J. HEVRIN, ESQ.
    Nevada Bar No. 13738
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys for Defendant,
    OHIO SECURITY INSURANCE COMPANY