ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON
   & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV  89101
Phone:  (702) 853-5500
Fax:  (702) 853-5599
*Andrew.green@knchlaw.com*
*Rikki.hevrin@knchlaw.com*
Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRETT PRIMACK, individually, | ) **CASE NO.:  2:18-cv-00561-APG-NJK** |
| | ) |
| Plaintiff, | ) **JOINT PRETRIAL ORDER** |
| | ) |
| vs. | ) |
| | ) |
| OHIO SECURITY INSURANCE COMPANY, | ) |
| a foreign corporation; LIBERTY MUTUAL | ) |
| INSURANCE COMPANY; and DOES I-X, | ) |
| inclusive, and ROE CORPORATIONS I-X, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

Following pretrial proceedings in this case, and pursuant to the party submission of a proposed joint pre-trial order pursuant to DCR LR 16-4,

IT IS SO ORDERED.

### I.

**This is an action for:** alleged Breach of Contract whereby Plaintiff alleges entitlement to receipt from Defendant of uninsured motorist insurance benefits.  Defendant disputes Plaintiff's allegations against it.

### II.

**Statement of jurisdiction:** this Court has jurisdiction over this matter pursuant to 28 U.S.C. §1441(a), because jurisdiction is created by diversity of citizenship pursuant to 28 U.S.C. §1332(a)(1).  There is complete diversity between the parties; Plaintiff is a citizen of

Nevada, and Defendant is a citizen of New Hampshire and Massachusetts. The minimum necessary amount in controversy for diversity jurisdiction is satisfied because Plaintiff alleges damages in excess of $75,000.

**III.**

**The following facts are admitted by the parties and require no proof:** Defendant issued to Plaintiff an insurance policy with a policy number of BAS55530738, for the period of May 22, 2014 to May 22, 2015. Defendant paid $5,000 of medical payments. Plaintiff received $15,000 of liability insurance benefits from the insurer for the other driver, Natalie Heath.

The parties reserve the right to supplement this section as needed.

**IV.**

**The following facts, though not admitted, will not be contested at trial by evidence to the contrary:** none at this time.

The parties reserve the right to supplement this section as needed.

**V.**

**The following are the issues of fact to be tried and determined upon trial.  (Each issue of fact must be stated separately and in specific time).**

Plaintiff:

A.     Whether Defendant breached its contract with Plaintiff in apparently denying his uninsured/underinsured motorist claims;

B.     Whether Defendant had a reasonable basis for its apparent denial of Plaintiff's uninsured/underinsured motorist claims;

C.     Whether Plaintiff's injuries alleged were proximately caused by the underlying collision.

D.     Whether the medical treatment Plaintiff alleges was reasonable and necessary for the injuries he is claiming related to the subject collision.

E.     The applicability of Defendant's affirmative defenses; and

F.     The amount of damages to be awarded.

Defendant: liability, duty, fault, injury, proximate causation, damages, entitlement and breach.

**VI.**

**The following are the issues of law to be tried and determined upon trial.**

Plaintiff: whether Defendant breached its contract with Plaintiff.

Defendant: liability, duty, fault, injury, proximate causation, damages, entitlement and breach.

**VII.**

**(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:**

Ohio Security Insurance Company policy Bates LMIC000001-85.

The parties reserve the right to supplement this section as needed.

**(b) As to the following additional exhibits the parties have reached the stipulations stated:**

(1) Plaintiff and Defendant stipulate that each side may utilize each other's exhibits to the extent previously disclosed, and with preservation of arguments regarding admissibility.

(2) That custodian of records testimony will not be required for the true and correct authenticity of records.

(3) Upon need to present trial exhibit lists, absent unforeseen obstacles, the parties will present a joint exhibit list that eliminates redundant copies of medical records, and will prepare a joint library of such exhibits which bear the bate stamp numbers given to the documents when they were disclosed in litigation.

(4) The parties reserve their rights to stipulate further.

**(c) The Parties' proposed respective exhibit lists follow below, along with any objections to their admission upon the grounds stated:**

///

///

(1)    Defendant's potential proposed exhibits and Plaintiff's objections thereto **(stated in bold text)**:

1.    *See*, Liberty Mutual Insurance Company Documents, Bates Range LMGIC000086-000982.

2.    *See,* Liberty Mutual Insurance Company Documents, Bates Range OSIC000983-002245.

3.    *See,* medical and billing records received from Advanced Pain Consultants, Bates Range OSIC002246-002384.

7/6/2018, Affidavit of Custodian of Records, Advanced Pain Consultants, OSIC2246

7/6/2018, Advanced Pain Consultants Invoice for Records, OSIC2247

7/2/2018, Subpoena Documents, Advanced Pain Consultants, OSIC2248-OSIC2257

9/22/2009-07/06/2018, Advanced Pain Consultants, Invoice, OSIC2258

12/7/2014-12/8/2014, Michael Prater, MD, Advanced Pain Consultants Medical Records, OSIC2259- OSIC2275

4/9/2015, Michael Prater, MD, Advanced Pain Consultants Medical Records, OSIC2276-OSIC2277

10/17/2014-2/27/2015, Michael Prater, MD, Advanced Pain Consultants Patient Notes, OSIC2278-OSIC2280

4/4/2013-12/13/2013, Rx Search Request Report, OSIC2281-OSIC2282:

**Objection- Unrelated to Plaintiff's UIM claim related to the 10/9/2014 collision, and do not relate to any medical conditions claimed by Plaintiff.**

4/20/2015, Michael Prater, MD, Advanced Pain Consultants Medical Records, OSIC2283

12/8/2014, Michael Prater, MD, Advanced Pain Consultants Medical Records, OSIC2288-OSIC2290

1   4/20/2015, Michael Prater, MD, Advanced Pain Consultants Medical

2   Records, OSIC2291

3   12/14/2015, Letter Correspondence from Plaintiff's Counsel with Medical

4   Release Authorization, OSIC2338-OSIC2340: **Objection- OSIC2338-**

5   **OSIC2340- Lacks foundation as to any evidentiary value regarding**

6   **Plaintiff's breach of contract claim.**

7   9/14/2015, Anthem Chiropractic Fax Cover Sheets, OSIC2341-OSIC2345

8   7/23/2015, Michael Prater, MD, Advanced Pain Consultants Fax

9   Correspondence, OSIC2346-OSIC2347

10   5/4/2015, Michael Prater, MD, Advanced Pain Consultants Fax

11   Correspondence, OSIC2348-OSIC2349

12   4/25/2015, Michael Prater, MD, Advanced Pain Consultants Fax

13   Correspondence, OSIC2350

14   4/9/2015, Michael Prater, MD, Advanced Pain Consultants Medical Records,

15   OSIC2353-OSIC2354

16   12/8/2014, Michael Prater, MD, Advanced Pain Consultants Medical

17   Records, OSIC2356-OSIC2357

18   1/23/2015, Michael Prater, MD, Advanced Pain Consultants Medical

19   Records, OSIC2358-OSIC2359

20   1/7/2014, Michael Prater, MD, Advanced Pain Consultants Medical Records,

21   OSIC2360

22   12/15/2014, Patient Referral, OSIC2363-OSIC2364

23   11/21/2014, Advanced Pain Consultants, OSIC2365-OSIC2366

24   10/14/2014- 10/15/2014, Advanced Pain Consultants, OSIC2367-OSIC2371

25   4/15/2015, Advanced Pain Consultants, OSIC2372-OSIC2374

26   3/17/2015, Advanced Pain Consultants, OSIC2375-OSIC2376

27   2/27/2015, Advanced Pain Consultants, OSIC2377-OSIC2378

28   2/18/2015, Advanced Pain Consultants, OSIC2379-OSIC2380

1    11/21/2014, Advanced Pain Consultants, OSIC2381-OSIC2382

2    10/15/2014, Advanced Pain Consultants, OSIC2383-OSIC2384

3    4.    *See,* medical and billing records received from Anthem Chiropractic, Bates

4    Range OSIC002385-002602.

5    7/12/2018, Affidavit of Custodian of Records, Anthem Chiropractic,

6    OSIC2385-OSIC2386

7    10/10/2014-12/8/2015, Anthem Chiropractic Charges, OSIC2387-OSIC2390

8    10/9/2014-10/10/2014, Derek Day, DC, Anthem Chiropractic Medical

9    Records, OSIC2391-OSIC2412

10   10/14/2014-1/6/2015, Derek Day, DC, Anthem Chiropractic, OSIC2413-

11   OSIC2446

12   1/28/2015, Derek T. Day, DC, Anthem Chiropractic Medical Records,

13   OSIC2447-OSIC2454

14   3/3/2015-7/24/2015, Derek T. Day, DC, Anthem Chiropractic Medical

15   Records, OSIC2455-OSIC2460

16   9/16/2015-12/8/2015, Derek T. Day, DC, Anthem Chiropractic Medical

17   Records, OSIC2461-OSIC2463

18   Photographs, OSIC2464-OSIC2468

19   7/2/2018, Subpoena Documents and Invoice for Medical Records, OSIC2591-

20   OSIC2602

21   5.    *See,* medical and billing records received from Coronado Surgery Center,

22   Bates Range OSIC002603-002659.

23   07/10/2018, Certificate of Custodian of Records, Coronado Surgery Center,

24   OSIC2603

25   7/2/2018, Coronado Surgery Center Subpoena, OSIC2604-OSIC2613

26   07/12/2018, Coronado Surgery Center Account Statement, OSIC2614

27   5/10/2016, Coronado Surgery Center Medical Records, OSIC2615-OSIC2659

28

6. *See,* medical and billing records received from Interventional Pain & Spine Center, Bates Range OSIC002660-002741.

7/20/2016-6/26/2018, Interventional Pain and Spine Institute Invoice, OSIC2662-OSIC2663

4/12/2016-8/26/2018, Interventional Pain and Spin Institute Medical Records, Jorg Rosler, MD, OSIC2664-OSIC2673, OSIC2688-OSIC2699, OSIC2702-OSIC2741

7. *See,* medical and billing records received from Center for Wellness & Pain Care, Bates Range OSIC002742-002772.

7/5/2018, Center for Wellness & Pain Care of Las Vegas, Affidavit of Custodian of Records, OSIC2742-OSIC2743

7/18/2018, Center for Wellness & Pain Care of Las Vegas, OSIC2744

4/25/2016-5/10/2016, Center for Wellness & Pain Care of Las Vegas Invoice, OSIC2745

4/25/2016-5/10/2016, Center for Wellness & Pain Care of Las Vegas Medical Records, Neville Campbell, MD, OSIC2746-OSIC2772

8. *See,* medical and billing records received from Surgical Arts Center, Bates Range OSIC002773-002854.

5/6/2018, Surgical Arts Center, OSIC2773

7/2/2018, Subpoena Documents, OSIC2774-OSIC2781

6/22/2017-6/18/2018, Surgical Arts Center Summary, Andrew M. Hall, MD, OSIC2782-OSIC2783

6/18/2018, Surgical Arts Center Medical Records, Andrew M. Hall, MD, OSIC2784-OSIC2799, OSIC2802-OSIC2814

5/10/2018, Interventional Pain & Spine Institute, David Webb, MD, OSIC2800-OSIC2801

6/22/2017, Surgical Arts Center Medical Records, Andrew Hall, MD, OSIC2815-OSIC2832

10/6/2016, Surgical Arts Center Medical Records, Jorg Rosler, MD, OSIC2833-OSIC2854: **Objection- OSIC 3112-3113- Lacks foundation as to any evidentiary value regarding Plaintiff's breach of contract claim.**

9. *See,* medical and billing records received from Comprehensive Injury Institute, Bates Range OSIC002855-003323.

7/9/2018, Comprehensive Injury Institute, Affidavit of Custodian of Records, OSIC2855-OSIC2856

8/19/2015-01/18/2017, Comprehensive Injury Institute Medical Records, Jeffrey Gross, MD, OSIC2858-OSIC2970

12/8/2014-4/20/2015, Advanced Pain Consultants, OSIC2971-OSIC2976

8/19/2015-1/18/2016, Comprehensive Injury Institute, Jeffrey Gross, MD, OSIC3146-OSIC3188

2/1/2016, Letter correspondence from Plaintiff's counsel, OSIC3304-OSIC3306: **Objection- OSIC3304-OSIC3306- Lacks foundation as to any evidentiary value regarding Plaintiff's breach of contract claim.**

12/27/2016, Letter correspondence from Plaintiff's counsel, OSIC3307: **Objection- OSIC3307- Lacks foundation as to any evidentiary value regarding Plaintiff's breach of contract claim.**

8/19/2015, Comprehensive Injury Institute, OSIC3308-OSIC3312

10. *See,* medical and billing records received from Desert Institute of Spine Care, Bates Range OSIC003324-003422.

7/25/2018, Desert Institute of Spine Care, Affidavit of Custodian of Records, OSIC3324

7/25/2018, Desert Institute of Spine Care Pre-Payment Invoice, OSIC3325

12/11/2014-2/19/2016, Desert Institute of Spine Care Invoice, OSIC3326

12/11/2014-7/23/2015, Desert Institute of Spine Care Medical Records, Andrew Cash, MD, OSIC3327-OSIC3334

11. *See,* medical and billing records received from Family Doctors of Green Valley, Bates Range OSIC003423-003560.

7/5/2018, Family Doctors of Green Valley Affidavit of Custodian of Records, OSIC3423

7/2/2018, Subpoena Documents, OSIC3424-OSIC3432

10/25/2014-4/15/2015, Family Doctors of Green Valley Invoice, OSIC3433

10/25/2014-4/15/2015, Family Doctors of Green Valley Medical Records, Jennifer Relph, PA-C, OSIC3434-OSIC3453

10/25/2014, Family Doctors of Green Valley, OSIC3461-OSIC3467

10/25/2014, Family Doctors of Green Valley, Ravi Ramanathan, MD, OSIC3540-OSIC3541

11/11/2014-3/10/2015, Family Doctors of Green Valley Invoice, OSIC3555-OSIC3560

12. *See,* medical and billing records received from Las Vegas Radiology, Bates Range OSIC003561-003808 (includes radiology disc, bated OSIC003808, as referenced on OSIC003586-003587).

7/6/2018, Las Vegas Radiology Affidavit of Custodian of Records, OSIC3561

7/10/2018, Las Vegas Radiology Billing Dept., OSIC3562-OSIC3563

11/19/2014, Las Vegas Radiology, James Balodimas, MD, OSIC3564

11/5/2014, Las Vegas Radiology, Nadeer Pirani, MD, OSIC3565-OSIC3569

10/10/2014, Las Vegas Radiology, James Balodimas, MD, OSIC3570-OSIC3577

7/2/2018, Subpoena Documents, OSIC3578-OSIC3585

10/10/2014-11/19/2014, Las Vegas Radiology, x ray and MRI photographs on CD, OSIC3586-OSIC3807: **Objection- OSIC3892-3909. Not reasonably related to the October 9, 2014 collision, no basis alleging any pre-existing injuries related to the October 9, 2014 collision, Defendant's claims**

1   **decisions not based upon these records, and Defendant's retained medical**

2   **expert found no pre-existing treatment impacting his opinion.**

3   13.  *See,* medical and billing records received from Matt Smith Physical Therapy,

4   Bates Range OSIC003809-003909.

5   7/25/2018, Matt Smith Physical Therapy Affidavit of Custodian of Records,

6   OSIC3809

7   7/2/2018, Subpoena Documents, OSIC3810-OSIC3821

8   7/27/2018, ATI Physical Therapy Invoice for Medical Records, OSIC3822-

9   OSIC3823

10   9/9/2015-1/7/2016, ATI Physical Therapy Patient Ledger Report, OSIC3824-

11   OSIC3828

12   9/9/2015-1/7/2016, Matt Smith Physical Therapy (ATI) Medical Records,

13   Wyatt Banks, PT, OSIC3829-OSIC3861

14   11/5/2014, Las Vegas Radiology, Nadeer Pirani, MD, OSIC3866-OSIC3870

15   9/2/2015, Matt Smith Physical Therapy, OSIC3871-OSIC3885

16   8/21/2015, Comprehensive Injury Institute, Jeffrey Gross, MD, OSIC3886-

17   OSIC3887

18   9/2/2015, ATI Physical Therapy Referral Intake Form, OSIC3888-OSIC3889

19   9/18/2015-1/7/2016, ATI Physical Therapy Communication Log, OSIC3890-

20   OSIC3891

21   7/21/2015-9/6/2015, ATI Physical Therapy Invoice, OSIC3892-OSIC3893:

22   **Objection- unrelated to 10/9/2014 UIM claim as body parts involved are**

23   **not part of this claim and there is no allegation by Plaintiff that they are**

24   **part of this claim.**

25   6/23/2015, Desert Valley Therapy, OSIC3894-OSIC3902: **Objection-**

26   **unrelated to 10/9/2014 UIM claim as body parts involved are not part of**

27   **this claim and there is no allegation by Plaintiff that they are part of this**

28   **claim.**

14. *See,* medical and billing records received from Tenaya Surgical Center, Bates Range OSIC003910-003936.

7/25/2018, Tenaya Surgery Center Affidavit of Custodian of Records and Request for Records, OSIC3910-OSIC3912

7/26/2018, Tenaya Surgical Center Invoice, OSIC3913-OSIC3914

4/9/2015, Tenaya Surgical Center Medical Records, Michael Prater, MD, OSIC3915-OSIC3936

15. *See,* medical and billing records received from Valley Anesthesiology Consultants, Bates Range OSIC003937-003949.

7/26/2018, DCP Holdings Affidavit of Custodian of Records, OSIC3937-OSIC3938

5/10/2016, DCP Holdings, LLC Invoices, OSIC3939-OSIC3944

5/10/2016, Valley Anesthesiology Consultants/DCP Holdings Medical Records, OSIC3945-OSIC3949

16. *See,* additional medical records received from Family Doctors of Green Valley, Bates Range OSIC003961-003966: **Objection- Not reasonably related to the October 9, 2014 collision, no basis alleging any pre-existing injuries related to the October 9, 2014 collision, Defendant's claims decisions not based upon these records, and Defendant's retained medical expert found no pre-existing treatment impacting his opinion.**

17. *See,* medical and billing records received from Anthem Capital, LLC, Bates Range OSIC003967-003993.

18. *See,* medical and billing records received from Valley View Surgical, Bates Range OSIC003994-004013.

19. *See,* billing records received from Capital (Canyon) Medical Billing, Bates Range OSIC004014-004030.

8/27/2018, Subpoena Documents, OSIC4014-OSIC4030

20. *See,* medical and billing records received from Orthopaedic Institute of Henderson, Bates Range OSIC0004031-004133: **Objection- Not reasonably related to the October 9, 2014 collision, no basis alleging any pre-existing injuries related to the October 9, 2014 collision, Defendant's claims decisions not based upon these records, and Defendant's retained medical expert found no pre-existing treatment impacting his opinion. Objection in that the records are not reasonably connected to the current claims and are clearly more prejudicial than probative.**

8/30/2018, Orthopaedic Institute of Henderson Affidavit of Custodian of Records, OSIC4031-OSIC4032

8/29/2018, Request for Documents and Subpoena Documents, OSIC4033-OSIC4041

1/2/2007-8/28/2018, Orthopaedic Institute of Henderson Patient Ledger, OSIC4042-OSIC4045

1/2/2007-12/20/2007, Orthopaedic Institute of Henderson Medical Records, Craig Clark, MD, OSIC4046-OSIC4111

6/8/2007, Desert Valley Therapy, Julie Devlin, PT, OSIC4112-OSIC4113

7/18/2007, Desert Valley Therapy, Julie Devlin, PT, OSIC4114

4/27/2007, Desert Valley Therapy, Julie Devlin, PT, OSIC4115

4/24/2007, Nevada Physicians Imaging, OSIC4116

1/15/2007, Desert Radiologists, Kevin Hyer, MD, OSIC4117-OSIC4118

1/19/2007-4/26/2007, Nevada Physician's Imaging, Richard Rhee, MD, OSIC4119-OSIC4120

1/15/2007, Desert Radiologists, Morris Schaner, DO, OSIC4121-OSIC4122

1/16/2007, Desert Radiologists, Morris Schaner, DO, OSIC4123-OSIC4124

1/17/2007, Nevada Physicians Imaging, OSIC4125

1/9/2007, Nevada Physicians Imaging, OSIC4126

1/8/2007, Desert Radiologists, OSIC4127

1    4/4/2007, St. Rose Dominican Hospital-Siena Campus, Scott Chang, MD,

2    OSIC4128-OSIC4133

3    21.    *See,* Reynold Rimoldi, M.D. supplemental report, Bates Range

4    OSIC0004134-004135.

5    22.    *See,* medical and billing records received from Southwest Medical Associates,

6    Bates Range OSIC004308-004584: **Objection- Not reasonably related to**

7    **the October 9, 2014 collision, no basis alleging any pre-existing injuries**

8    **related to the October 9, 2014 collision, Defendant's claims decisions not**

9    **based upon these records, and Defendant's retained medical expert found**

10   **no pre-existing treatment impacting his opinion. Objection in that the**

11   **records are not reasonably connected to the current claims and are**

12   **clearly more prejudicial than probative.**

13   23.    *See,* correspondence from Summit Medical Group, LLC, Bates Range

14   OSIC004596.

15   24.    *See,* medical and billing records received from Desert Valley Therapy, LLC,

16   Bates Range OSIC004597-004696: **Objection- OSIC4679-4696- Unrelated**

17   **to the 10/9/2014 UIM claim as body parts involved are not part of this**

18   **claim and there is no allegation by Plaintiff that they are part of this**

19   **claim.**

20   07/21/2015-08/13/2015, Desert Valley Therapy, LLC records, Jeri Wise, PT,

21   OSIC004690-004691, OSIC004694-004695

22   09/09/2015-01/07/2016, Desert Valley Therapy, LLC records - ATI Physical

23   Therapy Patient Ledger Report, OSIC004611-004615

24   09/09/2015-12/17/2015, Desert Valley Therapy, LLC records, John Lyons, PT,

25   OSIC004619- OSIC004638, OSIC004641- OSIC004646

26   09/29/2015, Desert Valley Therapy, LLC records, Patrick Duffy, PTA and John

27   Lyons, PT, OSIC004639, OSIC004640

28

01/07/2016, Desert Valley Therapy, LLC records, Wyatt Banks, PT, OSIC004616-004618, OSIC004647-004648

25. *See,* medical and billing records received from St. Rose Dominican Hospital-Siena Campus, Bates Range OSIC004697-004851: **Objection- Not reasonably related to the October 9, 2014 collision, no basis alleging any pre-existing injuries related to the October 9, 2014 collision, Defendant's claims decisions not based upon these records, and Defendant's retained medical expert found no pre-existing treatment impacting his opinion.**

10/25/2003-10/26/2003, St. Rose Dominican Hospital- Siena Campus, Mark Ferdowsian, DO, OSIC4711-OSIC4734, OSIC4736-OSIC4737

10/26/2003-10/27/2003, St. Rose Dominican Hospital-Siena Campus, Hiran Shawn Wijesinghe, MD, OSIC4735, OSIC4738-OSIC4755

9/28/2006-9/29/2006, St. Rose Dominican Hospital-Siena Campus, Timothy Robertson, DO, OSIC4756-OSIC4794

4/04/2007-4/04/2007, St. Rose Dominican Hospital-Siena Campus, Craig Clark, MD, OSIC4795-OSIC4851

26. *See,* City of Henderson Traffic Accident Report, Bates Range OSIC004852-004861: **Objection- Unrelated to the 10/9/2014 UIM claim as body parts involved are not part of this claim and there is no allegation by Plaintiff that they are part of this claim. Also, the police report is not an admissible document.**

27. *See,* correspondence from AAA Life Insurance Company, Bates Range OSIC004862-004874: **Objection- Unrelated to the 10/9/2014 UIM claim as body parts involved are not part of this claim and there is no allegation by Plaintiff that they are part of this claim. Objection in that the records are not reasonably connected to the current claims and are clearly more prejudicial than probative.**

28.    *See,* Reynold Rimoldi, M.D. supplemental report, Bates Range OSIC004880-004881.

29.    *See,* insurer records, Bates Range OSIC004883-005077: **Objection- Unrelated to the 10/9/2014 UIM claim as body parts involved are not part of this claim and there is no allegation that they are part of this claim. Objection in that the records are not reasonably connected to the current claims and are clearly more prejudicial than probative. Objection that Defendant's claims decisions not based upon these records. Objection in that the files make references and reveal protected information about parties who are not parties to the instant litigation.**

30.    *See,* records from Life Time Fitness, Inc., Bates Range OSIC005078-005160: **Objection- The Life Time Fitness records make references and reveal protected information about parties who are not parties to the instant litigation. Objection, records are overbroad and reveal more than costs of membership and assessments of Plaintiff**.

31.    *See,* Reynold Rimoldi, M.D. supplemental report, Bates Range OSIC005161-005163.

32.    *See,* Reynold Rimoldi, M.D. supplemental report, Bates Range OSIC015517-015519.

**Plaintiff further objects to the foregoing exhibits to the extent that the medical records involve any reference to collateral source documents, such as private health insurance. Plaintiff also objects to the extent that information regarding medical liens may be admissible, pursuant to oral argument and/or motions in limine regarding the same.**

(2)    Plaintiff's proposed Exhibits and Defendant's objections thereto:

**PLAINTIFF'S PROPOSED EXHIBITS**
**Non-medical**

| Ex. # | Description | Bates Numbers | Defendant Objections |
|---|---|---|---|

| Ex. # | Description | Bates Numbers | Defendant Objections |
|---|---|---|---|
| **1.** | Liberty Mutual claim documents | LMIC000086-000982 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **2.** | Ohio Claims file documents- Claim #23069451 | OSIC00982-002245 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **3.** | Ohio Commercial Insurance Claims/Auto & General Liability Quality and Control Standards | OSIC04136-04307 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| **4.** | Letter Requesting UIM Benefits to Liberty Mutual dated 5/5/2017 | PLTF 00001-00465 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **5.** | Correspondence between the parties from 10/10/14 – 4/27/18 | PLTF 000466-00546 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **6.** | Allstate Letter dated 10/27/2014 re policy limits | PLTF 000548-00609 | Incorrect identification, lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| **7.** | Letter dated 6/21/18 to Kortney Peschl at Liberty Mutual | PLTF-01194 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| **8.** | Letter dated 7/6/18 from Koeller, Nebeker, Carlson & Haluck, LLP | PLTF-01195 | Lack of foundation, hearsay, relevance, cumulative, unfair prejudice. |
| **9.** | Letter dated 7/18/18 to Koeller, Nebeker, Carlson & Haluck, LLP | PLTF-01196 | Lack of foundation, hearsay, relevance, cumulative, unfair prejudice. |
| **10.** | Defendant Liberty Mutual Insurance Company's responses to Plaintiff's First Request for Production dated 7/2/18 | PLTF-01197-01224 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **11.** | Defendant Liberty Mutual Insurance | PLTF-01225-01242 | Lack of foundation, |

| Ex. # | Description | Bates Numbers | Defendant Objections |
|---|---|---|---|
| | Company's responses to Plaintiff's First Set of Interrogatories dated 7/2/18 | | hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 12. | Defendant Ohio Security's Responses to Plaintiff's First Set of Interrogatories dated 9/14/18 | | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 13. | Defendant Ohio Security's Responses to Plaintiff's First Set of Requests for Production dated 9/14/18 | | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 14. | Defendant Ohio Security's First Supplemental Responses to Plaintiff's First Set of Requests for Production dated 10/1/18 | | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 15. | Defendant Ohio Security's Second Supplemental Responses to Plaintiff's First Set of Requests for Production dated 2/13/19 | | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 16. | Vehicle Property Damage Estimates and Photographs | PLTF-01275-001306 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 17. | Subpoena Production from the State of Nevada, Division of Insurance Regarding Ohio Security | PLTF-01307-001587 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 18. | Subpoena Production from the State of Nevada, Division of Insurance Regarding Liberty Mutual | PLTF-01588-002116 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 19. | Defendants Supplemental responses to Plaintiff's Request for Production | PLTF-02222-02247 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 20. | Correspondence between the Parties March 2018 to November 2018 | PLTF-02117-02209 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 21. | Defendants Supplemental responses to Plaintiff's Request for Production | PLTF-02222-02247 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair |

| Ex. # | Description | Bates Numbers | Defendant Objections |
|---|---|---|---|
| | | | prejudice. |
| **22.** | Curriculum Vitae and Fee schedule of Andrew Hall, M.D. | PLTF-01271-001274 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **23.** | Scott A. Glogovac, Esq. Report dated 8/2/18 | | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| **24.** | Scott A. Glogovac, Esq. Supplemental Report dated 1/8/19 | PLTF-02314-02327 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |

**Medical**

| Exhibit | Business Name | Physician | Dates of Service | Bates Numbers | Defendant Objections |
|---|---|---|---|---|---|
| 25. | Records from Anthem Chiropractic | Derek Day | 10/10/14-07/24/15 | PLTF-000610-00722 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 26. | Records and bill from Advanced Pain Consultants | Michael Prater | 12/8/14-4/20/15 | PLTF000723-00739 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 27. | Rec and bills from Center for Wellness and Pain Care of Las Vegas | Neville Campbell | 4/25/16-05/11/16 | PLTF-00740-00768 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 28. | Records from Comprehensive Injury Institute/Dr. Jeffrey Gross; | Jeffrey Gross | 08/19/15-10/26/16 | PLTF-00769-00858 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 29. | Records/billing from Coronado Surgery Center | Neville Campbell | 05/10/16 | PLTF-00859-00861 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudicen. |
| 30. | Records/billing from Desert Institute of Spine Care | Andrew Cash | 12/11/14-07/23/15 | PLTF-00862-00952 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |

| Exhibit | Business Name | Physician | Dates of Service | Bates Numbers | Defendant Objections |
|---|---|---|---|---|---|
| 31. | Records/Billing from Family Doctors of Green Valley | Ravi Ramanath an | 10/25/14-04/15/15 | PLTF-00953-00977 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 32. | Records/Billing from Interventional Pain and Spine | Jorg Rosler | 07/20/16-04/19/17 | PLTF-00978-00997 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 33. | Records/Billing from Las Vegas Radiology | Nadeer Pirani | 10/09/14 11/05/14 | PLTF-00998-01019 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 34. | Records/Billing from Matt Smith Physical Therapy | John Lyons, PT | 09/09/15-01/07/16 | PLTF-01020-01073 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 35. | Record/ billing from Surgical Arts Center | Jorg Rosler | 10/06/16 | PLTF-01074-01076 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 36. | Record/ billing from Tenaya Surgical Center | Michael Prater Raimundo Leon | 04/09/15 | PLTF-01077-01080 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 37. | Billing from Valley Anesthesia Consultants | Neville Campbell | 05/10/16 | PLTF-01082; -01086-01088 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 38. | Jeffrey Gross, MD | | Life Care Plan/Neur ological Suppleme ntal Report Report dated 1/18/17 | PLTF-01089-01102 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 39. | Interventional Pain and Spine | Jorg Rosler | Cost Estimate for Procedures dtd 5/31/18 | PLTF-01103 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of proper production. |
| 40. | Updated Records and Billing from | Jorg Rosler | 07/20/16-06/26/18 | PLTF-01104-01118 | Lack of foundation, hearsay, relevance, improper opinions, |

| Exhibit | Business Name | Physician | Dates of Service | Bates Numbers | Defendant Objections |
|---|---|---|---|---|---|
|  | Interventional Pain & Spine |  |  |  | cumulative, unfair prejudice. |
| 41. | Records from Surgical Arts Center | Andrew Hall | 06/18/18 | PLTF-01119-01193 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 42. | Updated Record and billing from Interventional Pain and Spine | Andrew Hall | Records: 07/31/18; 09/06/18 Bills: 7/20/16-7/31/18 | PLTF-01267-001270 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice. |
| 43. | Neurosurgical Report and bill from Dr. Jeffrey Gross, M.D. | Jeffrey Gross | Neurosurgical follow-up Second Opinion Consult 11/26/18 | PLTF-02210-02221 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 44. | Supplemental Neurosurgical Report by Jeffrey D. Gross MD | Jeffrey Gross | Neurosurgical Suppl Report 12/01/18 | PLTF-02248-02280 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 45. | Supplemental Neurosurgical Report by Jeffrey D. Gross, M.D. | Jeffrey Gross | Neurosurgical Supplemental Report 12/02/18 | PLTF-02281-02309 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 46. | Interventional Spine and Pain Institute | Faisel Zaman | Record: 12/12/18 Bills: 7/20/16-12/12/18 | PLTF-002310-002313 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 47. | Supplemental Neurosurgical Report by Jeffrey D. Gross, M.D. | Jeffrey Gross | Neurosurgical Supplemental Report 12/27/18 | PLTF-002328-002331 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 48. | Supplemental Neurosurgical Report by Jeffrey D. Gross, M.D. | Jeffrey Gross | Neurosurgical Supplemental Report | PLTF-002332-002337 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of |

| Exhibit | Business Name | Physician | Dates of Service | Bates Numbers | Defendant Objections |
|---|---|---|---|---|---|
| | | | 01/07/19 | | timely and proper production. |
| 49. | Interventional Pain & Spine Institute updated Records and Bills | Andrew Hall | Record: 1/14/19 Bills: 07/20/16-01/14/19 | PLTF-002338-002340 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 50. | Surgical Arts Center Bill | Andrew Hall | 01/14/19 | PLTF-002341 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 51. | Interventional Pain & Spine Institute updated Records and Bills | Andrew Hall Stuart Baird Faisel Zaman Jorg Rosler | Records: 02/05/19-08/26/19 Bills: 07/20/16-08/26/19 | PLTF-002342-002356 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 52. | Surgical Arts Center Updated Records and bills | Jorge Rosler | 008/12/19 | PLTF-002357-002380 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 53. | Surgical Arts Center Updated Records and Bills | Jorg Rosler | 05/04/20 | PLTF -002381-002388 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |
| 54. | Interventional Pain & Spine Institute updated Records and Bills | Jorge Rosler | 07/20/16-05/18/20 | PLTF-002389-002458 | Lack of foundation, hearsay, relevance, improper opinions, cumulative, unfair prejudice, lack of timely and proper production. |

The parties reserve the right to supplement this section as needed.

**(d) Depositions:** Neither side anticipates using depositions in lieu of live testimony; however, they reserve the right to offer deposition testimony should witnesses become unavailable at the time of trial.

1    (1) Plaintiff may offer the following depositions if witnesses are unavailable:

2 Andrew Cash, Michael Prater, Ravi Ramanathan, Derek Day, Jeffrey Gross, Gregory Starr,

3 James Carraway, and Kortney Peschl.

4    *See,* Exhibit "1".

5 Defendant objects to Plaintiff's partial disclosure of their intent to present deposition

6 testimony as it is given the afternoon and evening of the date of the deadline for this order and

7 Defendant also objects pursuant to relevance and hearsay concerns.

8    (2) Defendant may offer the following depositions if witnesses are unavailable:

9 Defendant presently does not anticipate presenting deposition testimony and reserves the right

10 to seek to present deposition testimony in response to objection to Plaintiff's proposed

11 deposition testimony and related objections at the time of the due date of filing this order.

12    (e) Objections to Depositions:

13    (1) Defendant objects to Plaintiff's depositions as follows: relevance and

14 hearsay.

15    (2) Plaintiff objects to Defendant's depositions as follows: relevance and

16 hearsay.

17    **VIII.**

18    **The following witnesses may be called by the parties upon trial:**

19    (a) Names and addresses of Plaintiff's witnesses.

20    1-    Brett Primack
21          c/o Law Offices of Eric R. Blank, P.C.
          7860 W. Sahara Avenue, Suite 110
22          Las Vegas, NV 89117

23    2-    Jonathan Senile
          Claims Spec I – PIP/Med
24          c/o Koeller Nebeker Carlson and Haluck LLP
          400 South 4th Street, Suite 600
25          Las Vegas, NV 89101

26
27    3-    Sue Ann Pachl
          c/o Koeller Nebeker Carlson and Haluck LLP
          400 South 4th Street, Suite 600
28

Las Vegas, NV 89101

4-   Austin Fentiman
     c/o Koeller Nebeker Carlson and Haluck LLP
     400 South 4th Street, Suite 600
     Las Vegas, NV 89101

5-   Kortney Peschl
     Senior Tech Claims Specialist II AIC SCLA
     Commercial Insurance Claims
     c/o Koeller Nebeker Carlson and Haluck LLP
     400 South 4th Street, Suite 600

6-   James Carraway, Esq.
     c/o Koeller Nebeker Carlson and Haluck LLP
     400 South 4th Street, Suite 600
     Las Vegas, NV 89101

7-   Gregory L. Starr
     c/o Koeller Nebeker Carlson and Haluck LLP
     400 South 4th Street, Suite 600
     Las Vegas, NV 89101

8-   Gregg Starr as FRCP 30(b)(6) for Ohio Security Insurance Company
     For the topics listed below
     c/o Koeller Nebeker Carlson and Haluck LLP
     400 South 4th Street, Suite 600
     Las Vegas, NV 89101

     1-  FRCP 30(b)(6) for Ohio Security regarding OHIO SECURITY'S
         INVESTIGATION AND EVALUATION OF PLAINTIFF BRETT
         PRIMACK'S UNDERINSURED MOTORIST CLAIM

     2-  FRCP 30(b)(6) for Ohio Security regarding OHIO SECURITY'S
         WRITTEN POLICIES AND PROCEDURES AND THE ACTUAL
         CUSTOMS AND PRACTICES REGARDING INTAKE, PROCESSING,
         HANDLING, INVESTIGATING, EVALUATING AND PROCESSING
         UNDERINSURED MOTORIST CLAIMS IN NEVADA SINCE 2013

     3-  FRCP 30(b)(6) for Ohio Security regarding OHIO SECURITY'S
         TRAINING AND/OR RE-TRAINING OF CLAIMS
         REPRESENTATIVES REGARDING INTAKE, PROCESSING,
         HANDLING, INVESTIGATING, EVALUATING AND PROCESSING
         UNDERINSURED MOTORIST CLAIMS IN NEVADA FROM
         OCTOBER 2009 UNTIL THE PRESENT

9-   Peggy Yuile
     Unit Manager

611787

c/o Koeller Nebeker Carlson and Haluck LLP
400 South 4th Street, Suite 600
Las Vegas, NV 89101

10-   Scott A. Glogovac, Esq.
3975 San Donato Loop
Reno, Nevada 89519

11-   Dr. Michael A. Prater, M.D
c/o Advanced Pain Consultants
2650 Crimson Canyon Drive
Las Vegas, Nevada 89128

12-   Dr. Neville Campbell, M.D./MBA
Center for Wellness and Pain Care of Las Vegas
311 North Buffalo Drive, Ste. A
Las Vegas, Nevada 89145

13-   Dr. Jeffrey D. Gross, M.D.
c/o Comprehensive Injury Institute
2779 W. Horizon Ridge Pkwy, #200
Henderson, NV 89052

14-   Dr. Andrew M. Cash, M.D.
c/o Desert Institute of Spine Care
9339 W. Sunset Road, #100
Las Vegas, Nevada 89148

15-   Wyatt Banks, PT 0652
John Lyons, PT 1827
c/o Matt Smith Physical Therapy
500 S. Rancho, Suite 2
Las Vegas, Nevada 89106

16-   Dr. Derek T. Day, D.C.
c/o Anthem Chiropractic
10170 S. Eastern Avenue, Suite 110
Henderson, NV 89052-3639

17-   Person Most Knowledgeable(PMK)/Custodian of Records (COR) for
Coronado Surgery Center
2779 W Horizon Ridge Parkway, Suite 140
Henderson, NV 89052

18-   Ravi Ramanathan, M.D.
c/o Family Doctors of Green Valley
1909 Green Valley Pkwy, 440-355
Henderson, Nevada 89074

19-    Jorg Rosler, M.D.
David Webb, M.D.
Andrew Hall, M.D.
Faisel Zaman, M.D.
c/o Interventional Pain and Spine Institute
851 South Rampart, Suite 100
Las Vegas, NV 89145

20-    Person Most Knowledgeable (PMK) and or Custodian of Records (COR) for Tenaya Surgery Center
2800 N. Tenaya Way, Suite 101
Las Vegas NV 89128

21-    Person Most Knowledgeable (PMK) and Custodian of Records (COR) Surgical Arts Center
9499 W. Charleston Blvd. Ste. 250
Las Vegas, NV 89117

22-    Nadeer Pirani, MD
Person Most Knowledgeable (PMK) and or Custodian of Records (COR)
Las Vegas Radiology
PO Box 401180
Las Vegas, NV 89140

23-    Person Most Knowledgeable (PMK) and or Custodian of Records (COR)
Valley Anesthesia Consultants
PO Box 400310
Las Vegas, NV 89140

24-    CUSTODIAN OF RECORDS. Testimony is anticipated from any and all custodian of records which are necessary to authenticate documents which cannot be stipulated to regarding admissibility by the parties herein.

25-    BILLING CLERKS. Testimony is anticipated from any and all billing clerk and/or persons most knowledgeable from the offices of the health care providers listed above may testify regarding the amounts of the medical bills for medical treatment which Plaintiffs have received as a result of the subject incident and regarding the reasonable and customary amounts for the medical bills.

26-    Any and all witnesses designated by any other Party to this litigation.

27-    Any and all witnesses necessary for impeachment and rebuttal purposes.

(b) Names and addresses of Defendant's potential witnesses.

1.    Plaintiff, Brett Primack

   611787

c/o Eric R. Blank, Esq.
LAW OFFICES OF ERIC R. BLANK, P.C.
7860 W. Sahara Avenue, Suite 110
Las Vegas, NV 89117
(702) 222-2115

2.    Person(s) Most Knowledgeable for Defendants,
OHIO SECURITY INSURANCE COMPANY
c/o Andrew C. Green, Esq.
KOELLER, NEBEKER, CARLSON & HALUCK
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101

3.    Greg Starr and/or the Person(s) Most Knowledgeable for Defendants,
LIBERTY MUTUAL INSURANCE COMPANY
c/o Andrew C. Green, Esq.
Koeller, Nebeker, Carlson & Haluck, LLP
400 S. 4th St., Suite 600
Las Vegas, NV 89101

4.    Derek T. Day, D.C. and/or the Person Most Knowledgeable for
ANTHEM CHIROPRACTIC
10170 S. Eastern Avenue, Suite 110
Henderson, Nevada 89052
(702) 614-6777

5.    Ravi Ramanathan, M.D. and/or the Person(s) Most Knowledgeable for
FAMILY DOCTORS OF GREEN VALLEY
291 N. Pecos Road
Henderson, Nevada 89074
(702) 616-9471

6.    Nadeer Pirani, M.D. and/or the Person Most Knowledgeable for
LAS VEGAS RADIOLOGY
P.O. Box 401180
Las Vegas, NV 89140
(702) 254-5004

7.    Michael Prater, M.D. and/or the Person Most Knowledgeable for
ADVANCED PAIN CONSULTANTS
2650 Crimson Canyon Drive
Las Vegas, Nevada 89128
(702) 731-2642

8.    Andrew Cash, M.D. and/or the Person(s) Most Knowledgeable for
DESERT INSTITUTE OF SPINE CARE
9339 W. Sunset Road, #100
Las Vegas, NV 89148
(702) 630-3472

9.    The Person Most Knowledgeable for
TENAYA SURGICAL CENTER
2800 N. Tenaya Way, Ste. 101
Las Vegas, Nevada 89128
(702) 838-7755

10. Jeffrey Gross, M.D. and/or the Person(s) Most Knowledgeable for
COMPREHENSIVE INJURY CENTER
2779 W. Horizon Ridge Pkwy., #200
Henderson, NV 89052
(888) 848-2022

11. Wyatt Banks, P.T., John Lyons, P.T. and/or the Person(s) Most Knowledgeable
for MATT SMITH PHYSICAL THERAPY
500 S. Rancho, Suite 2
Las Vegas, NV 89106
(702) 794-0300

12. David Webb, M.D., Jorg Rosler, M.D. and/or the Person(s) Most
Knowledgeable for INTERVENTIONAL PAIN AND SPINE INSTITUTE
851 S. Rampart Blvd., Suite 100
Las Vegas, NV 89145
(702) 357-8004

13. Neville Campbell, M.D. and/or the Person(s) Most Knowledgeable for
CENTER FOR WELLNESS & PAIN CARE OF LAS VEGAS
311 N. Buffalo Drive, Ste. A
Las Vegas, Nevada 89415
(702) 476-9700

14. The Person Most Knowledgeable for
SURGICAL ARTS CENTER
9499 W. Charleston Blvd., Ste. 250
Las Vegas, Nevada 89117
(702) 833-3600

15. The Person(s) Most Knowledgeable for
VALLEY ANESTHESIOLOGY CONSULTANTS
10120 S. Eastern Ave., Suite 130
Henderson, Nevada 89052
(702) 487-5823

16. The Person Most Knowledgeable for
CORONADO SURGERY CENTER
2779 W. Horizon Ridge Pkwy., Suite 140
Henderson, NV 89012
(702) 589-9250

17. The Person Most Knowledgeable for
ANTHEM CAPITAL FUNDING
7000 Smoke Ranch Road, Suite B
Las Vegas, Nevada 89128
(702) 982-0053

18. The Person Most Knowledgeable for
CANYON MEDICAL BILLING
6325 S. Jones Blvd.
Las Vegas, Nevada 89118
(702) 489-4526

19. The Person Most Knowledgeable for

VALLEY VIEW SURGICAL
1522 W. Warm Springs Road
Henderson, Nevada 89014
(702) 471-6777

20.   The Person Most Knowledgeable for
      ORTHOPAEDIC INSTITUTE OF HENDERSON
      10560 Jeffreys St., Suite 230
      Henderson, NV 89052
      (702) 565-6565

21.   Reynold Rimoldi, M.D.
      c/o Andrew C. Green, Esq.
      Koeller, Nebeker, Carlson & Haluck, LLP
      400 S. 4th St., Suite 600
      Las Vegas, NV 89101
      (702) 853-5500

22.   Julie Devlin and/or the Person Most Knowledgeable for
      DESERT VALLEY THERAPY
      1701 N. Green Valley Pkwy., Bldg. 8
      Henderson, NV 89074
      (702) 998-3333

23.   Patrick Maffio

24.   Jeremy D. Kambel

25.   Shayna Lee

26.   The Person Most Knowledgeable for TRAVELERS
      One Tower Square
      Hartford, CT 06183
      (860) 277-2623

27.   Officer Robert Hunt
      Badge No. 1361
      c/o Henderson Police Department

28.   Officer Costolo
      Badge No. 911
      c/o Henderson Police Department

29.   Natalie Heath
      800 Capri Drive
      Boulder City, NV 89005

      and any witnesses previously identified by either party.

## IX.

Counsel have met and herewith submit a list of three (3) agreed-upon trial dates:

611787

1      A.     April 26, 2021;

2      B.     May 10, 2021; and

3      C.     May 24, 2021.

4      It is expressly understood by the undersigned the Court will set the trial of this matter

5  on one (1) of the agreed-upon dates if possible; if not, the trial will be set at the convenience of

6  the court's calendar.

7  **X.**

8      It is estimated that the trial herein will take a total of 4 to 5 full trial days.

9      DATED this 20th day of January 2021.

10  **APPROVED AS TO FORM AND CONTENT:**

11  LAW OFFICES OF ERIC R. BLANK, P.C.     KOELLER, NEBEKER, CARLSON
        & HALUCK, LLP

12

13  By:___/s/ *Eric R. Blank, Esq.*_____     By:___ */s/Andrew C. Green, Esq.*_____
    ERIC R. BLANK, ESQ.            ANDREW C. GREEN, ESQ.

14      Nevada Bar No. 6910              Nevada Bar No. 9399
    7860 West Sahara Ave, Suite 110      400 S. 4th Street, Suite 600

15      Las Vegas, NV 89117              Las Vegas, NV 89101
    Attorneys for Plaintiff,           Attorneys for Defendant,

16      BRETT PRIMACK               OHIO SECURITY INSURANCE
                           COMPANY

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## XI.

## ACTION BY THE COURT

3    This case is set for bench trial on the stacked calendar on May 17, 2021 at 9:00 a.m. Calendar

4    call will be held on May 11, 2021 at 8:45 a.m. in LV Courtroom 6C.

5    This pretrial order has been approved by the parties to this action as evidenced by their

6    signatures or the signatures of their attorneys hereon, and the order is hereby entered and will

7    govern the trial of this case. This order may not be amended except by court order and based

8    upon the parties' agreement or to prevent manifest injustice.

9

10

11

12    DATED:___January 22, 2021_____

13                                                           UNITED STATES DISTRICT JUDGE

14

15    Respectfully Submitted By:

16    KOELLER, NEBEKER, CARLSON
        & HALUCK, LLP

17

18    By:      /s/Andrew C. Green, Esq.

19        ANDREW C. GREEN, ESQ.
          Nevada Bar No. 9399
20        400 S. 4th Street, Suite 600
          Las Vegas, NV 89101
21        Attorneys for Defendant,
          OHIO SECURITY INSURANCE COMPANY

22

23    **NOTICE: Due to the unusually large number of complex criminal cases set for lengthy trials**

24    **before this Court, civil trials may possibly be held in a trailing status for months or be assigned**
      **to another District Court Judge for trial. Therefore, the Court <u>strongly urges</u> the parties to**

25    **consider their option to proceed before a Magistrate Judge pursuant to Local Rule IB 2-2, in**
      **accordance with 28 USC Section 636 and FRCP 73.**

26

27    **The Clerk shall provide the parties with a link to AO 85 Notice of Availability, Consent and**
      **Order of Reference - Exercise of Jurisdiction by a U.S. Magistrate Judge form on the Courts**

28    **website.**

# EXHIBIT "1"

## Deposition Transcript Excerpt List



400 S. 4th Street, Suite 600
Las Vegas, NV 89101

GREGORY STARR

p. 15: 22-25- 16: 1-3- Position with Liberty Mutual

p. 17:6 – 27:19, 33:4-10- FRCP 30(b)(6)

27:20 - 33:3- NV UIM, HIU Unit, Complex Claims, Claims value

33:12- 36:23- Claim value

38:1- 39:8- Claim value

39:9- 41:2- Duty

41:18- 43:6- Duty/Valuation

43:14- 47:9- Rimoldi/Valuation

47:15- 49:6- Valuation

66:4- 68:20- Rimoldi

71:22- 74:15- Claims

77:13- 83:14- Value of Claim

90:8- 94:7- Adjusting claim

95:17- 99:11- Breach of contract

101:13- 111:10- Value of Claim

121:19- 125:16- Payments on claims

131:6- 133:12- Rimoldi

136:16- 137:9- Rimoldi

137:22- 158:20 - Claim Evaluation

159:23- 176:15- Claim Handling

177:7- 180:19- Limits

183:8- 187:2- Claim Handling

187:14- 200:15- Claim Handling

224:13- 225:18- Claim Evaluation

226:18- 228:7- Prior injury

229:8-12- Investigation- Settling Claim

230:3- 231:15- Investigating

232:16- 243:18- G4S Consulting

244:4- 246:17- Ongoing investigation

255:19- 257:4- Claims handling

257:10- 258:15- Claims evaluation

JAMES CARRAWAY-

12:4- 13:24- Background with Liberty Mutual

17:15-20- Last worked for Liberty Mutual

21:11- 24:13- Role with Liberty Mutual/Ohio Security

24:14-19, 28:14- 30:7- Valuation of claim

30:10- 31:15- Status of Primack claim while Carraway involved

42:8-23- Offers and mediation in prior UIM cases

43:1- 46:17- Payment of funds in UIM claims

46:19- 49:18- UIM Claims and Investigation

49:19- 59:20- Carraway Medical Investigation- Primack Claim

60:5- 66:22- Communications while at Liberty Mutual/Looking up claims/E-mails lost

70:2- 77:6- Accessing clams and files in computer system

77:7- 80:12- Review of Primack letter requesting benefits

82:5- 90:17- Communication on claim

90:18- 101:2- Ongoing communication and file management in Primack claim

101:5- 107:10- Adjuster files and Carraway computer and paper files on Primack claim- E-mails in and not in computer system

107:11- 111:10- Attorney handling of claims file

111:11-24, 115:17- 117:2- Attorney direction from adjuster handling Primack- Communication with Kortney Peschl

118:13- 120:11- Handling of case pre-litigation

120:13- 123:4- Communication on Primack claim and tasks performed

123:19- 135:10- Communications with adjuster and counsel, form letters

135:11- 139:8- Investigation, disclosure of claim

139:9 -144:2- Working on Primack case, Dr. Porter

144:4- 159:21- Information needed for claim, Rimoldi, Medical Evaluation and Doctors to perform evaluation

159:22- 160:6- Rimoldi's office losing file

161:18- 163:4- Notebooks to retained doctors

163:5- 164:10- Films for IME, Films lost

164:16- 173:16- Hammer letter for IME regarding Rimoldi and potential issues with Rimoldi

173:17- 195:4 - Rimoldi and Rotation of Experts and Retaining Experts, Pre-payment of Expert Fees

195:13- 202:16- Rimoldi IME concerns and Liberty Mutual use of Rimoldi

203:6- 211:10- Rimoldi IME Report

211:11- 220:3- Liberty Mutual Liability and Offers, Rimoldi

220:4- 227:22- Rimoldi Report, Case Valuation

228:4-246:18 - Communication with adjuster and Plaintiff

246:20- 247:25- Mediation and work on claim

247:13- 258:17- Litigation budget and expense on file

258:25- 270:6- Training

270:7- 273:2- Training and interacting with adjusters

273:3- 276:14- Case responsibilities with Kortney Peschl

279:22- 285:2- Personnel Evaluations and work with adjusters

285:25- 292:18- Tasks on case and communication with Plaintiff

292:20- 298:10- Offers on UIM case, Rimoldi, Pre-existing

298:12- 307:17-Recorded Statement, Opinion on Plaintiff, Experts on Claim, Reports to Adjuster on Claim

307:18- 312-19, 313:15- 314:3- Ohio Security Position on Primack Claim

315:25- 326:16- Primack Treatment and Claim Handling and Tasks on Case

KORTNEY PESCHL

21:9 – 28:11- Position and responsibilities

30:6- 31:22- Claim reference

32:14- 41:12- Claim Valuation

41:13- 48:4 – Duties

50:18- 56:12- Access to Claim

56:19- 66:5- Claims management

68:16- 70:23- Complex cases like Primack

73:23- 74:16- Features for Primack Claim

86:7- 91:22- Claims handling

96:24-25- Peschl initial case involvement

101:7- 109:3- Claims handling

110:1- 118:25- Claims handling

120:1- 129:22- Treatment and valuation

130:23- 137:25- Treatment, Valuation, Dr. Gross

138:1- 139:3 -Treatment

140:20- 147:9- Communication regarding claim

148:3- 169:23- Communications and Medical Evaluation

170:10- 172:23- Rimoldi

173:4- 182:6- Rimoldi and Rimoldi Report

183:15- 186:25- Rimoldi and adjusting

187:1- 198:18- Valuation of claim

198:19- 205:8- Valuation of claim based upon proof of $1,707,823.41 in damages

205:9- 209:1- Communication re: Claim

213:22- 219:17- Ongoing adjusting and valuing of claim

220:18- 229:15- Claim reserves

229:19- 240:3- Claim Investigation

240:5- 243:24- Expenses related to Claim investigation

243:25- 250:23- Rimoldi handling within file

251:20- 257:13- Expenses and reserves in file

261:4- 262:9- First-party claims

269:8- 274:2 - Communications re: claims

274:3- 280:8- Communication re: Delayed Rimoldi report

281:19- 303:18- Taking over a claim and ongoing claims handling

317:20- 328:8- Obtaining Claims decision

330:5- 330:18- Changes to handling of Primack UIM claim

333:7- 334:16- Any pending documents