1  ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
2  RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
3  KOELLER NEBEKER CARLSON
   & HALUCK, LLP
4  400 S. 4th Street, Suite 600
Las Vegas, NV  89101
5  Phone:  (702) 853-5500
Fax:  (702) 853-5599
6  *Andrew.green@knchlaw.com*
   *Rikki.hevrin@knchlaw.com*
7  Attorneys for Defendant,
OHIO SECURITY INSURANCE COMPANY
8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| BRETT PRIMACK, individually, | ) **CASE NO.: 2:18-cv-00561-APG-NJK** |
| 11 | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| 12 | ) **DISMISS COMPLAINT WITH** |
| vs. | ) **PREJUDICE** |
| 13 | ) |
| OHIO SECURITY INSURANCE COMPANY,) | |
| 14 a foreign corporation; and DOES I-X, | ) |
| inclusive, and ROE CORPORATIONS I-X, | ) |
| 15 inclusive, | ) |
| | ) |
| 16 Defendants. | ) |

17      **IT  IS  HEREBY  STIPULATED  BY  AND  BETWEEN,** Defendant, OHIO

18 SECURITY INSURANCE COMPANY by and through its counsel of record, Andrew C.

19 Green, Esq. of Koeller, Nebeker, Carlson & Haluck, LLP, and Plaintiff, BRETT PRIMACK

20 by and through his attorneys of record, Eric R. Blank, Esq. of The Law Offices of Eric R.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

615144

1   Blank, P.C. that Plaintiff hereby dismisses his complaint and claims against Defendant, OHIO

2   SECURITY INSURANCE COMPANY with Prejudice, each party to bear their own costs.

3   DATED this __3|__ day of March, 2021.          DATED this __3|__ day of March, 2021.

4   KOELLER NEBEKER CARLSON                        THE LAW OFFICES OF ERIC R. BLANK,
        & HALUCK, LLP                              P.C.
5
    By: _____                   By: _____
6       ANDREW C. GREEN, ESQ.                           ERIC R. BLANK, ESQ.
        Nevada Bar No. 9399                             Nevada Bar No. 6910
7       RIKKI J. HEVRIN, ESQ.                           7860 W. Sahara Avenue, Suite 110
        Nevada Bar No. 13738                            Las Vegas, NV 89117
8       400 S. 4th Street, Suite 600                    Attorneys for Plaintiff,
        Las Vegas, NV 89101                             BRETT PRIMACK
9       Attorneys for Defendant,
        OHIO SECURITY INSURANCE
10      COMPANY

11
                                        **ORDER**
12
            **IT IS SO ORDERED**.
13
                                        _____
14                                      UNITED STATES DISTRICT JUDGE

15
                                        DATED:____April 1, 2021_____
16

17

18

19

20

21

22

23

24

25

26

27

28

615144